Daniel E. PROVOST v. Frederick BITTNER, No. 148-76

March 8, 1979. Appeal dismissed for failure to comply with the entry order of January 29, 1979.